IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DAVID-INVICTUS: WHEELER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRUCE E. WILLIAMS; RUTH ANN HALL;)<br>CITY OF HUNTSVILLE; S. MITCHELL )<br>HOWIE; and TALLITHA VEZELL )<br>LAWSON WHEELER, )<br>)<br>Defendants. ) | Case No. 5:12-cv-2578-RDP-TMP |

**O R D E R**

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam, filed on November 5, 2012, wherein he recommends that the instant action be dismissed without prejudice. Plaintiff has not filed any objections to the Report and Recommendation.

After careful consideration of the record in this case and the Recommendation of the Magistrate Judge, the court hereby **ACCEPTS** and **ADOPTS** the Recommendation of the Magistrate Judge. Accordingly, all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this    27th    day of November, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE